**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐    3rd    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐    _____Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Maria Fuentes          JOINT DEBTOR:_____          CASE NO.: 14-20373 BKC RAM
Last Four Digits of SS# __4684__     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $ 124.20  for months  1  to  6 ;
  B.    $ 225.00  for months  7  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,943.04 + 175.00  TOTAL PAID $ 1,169.00
               Balance Due $ 2,949.04  payable $ 98.31 /month (Months  1  to  30 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____          Arrearage on Petition Date  $_____
Address:_____               Arrears Payment   $_____ /month (Months ____ to ____)
         _____              Regular Payment   $_____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Specialized Loan Servicing Account #4835 (2nd Mtg) | Homestead property located at 12019 SW 274 Street Homestead, FL 33032 $156,641.00 | 0% | $0.00 | 1 to 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due  $_____
                               Payable    $_____ /month (Months ____ to ____)

Unsecured Creditors: Pay $ 13.47 /month (Months  1  to  6 ); Pay $ 104.19 /month (Months  7  to  30 ); Pay $ 202.50 /month (Months  31  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Seterus( Acct #0956, 1st Mtg Homestead) and Cutler Landings, HOA (Association Homestead) will be paid direct and outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____
Debtor
Date: 12/16/2014

LF-31 (rev. 01/08/10)